IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY A. WERNER,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | 8:16CV370<br><br>ORDER |

Upon notice of settlement on December 19, 2017 by Steven M. Lathrop, counsel for plaintiff, Mary A. Werner.

**IT IS ORDERED that**:

1. On or before **January 18, 2018**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled pretrial conference and trial are cancelled (and/or specified motions are terminated as moot) upon the representation that this case is settled.

Dated this 19th day of December, 2017.

            BY THE COURT:

            s/ Joseph F. Bataillon
            Senior United States District Judge