# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY A. WERNER, | Case No. 8:16-cv-370 |
| Plaintiff, | |
| v. | **ORDER** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

This matter is before the Court upon the parties' Stipulation for Dismissal with Prejudice. Upon being informed in the premises, the Court finds that the case should be dismissed in accordance with the stipulation.

Accordingly, IT IS ORDERED that this action should be and hereby is dismissed with prejudice, each party to bear their own costs and attorney fees.

Dated this 17th day of January, 2018.

BY THE COURT:


    s/ Joseph F. Bataillon
Senior United States District Judge


DOCS/2006360.1